Certificate Number: 05781-INS-DE-041549886

Bankruptcy Case Number: 26-90838

05781-INS-DE-041549886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2026, at 11:05 o'clock AM PDT, Jim Toney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Indiana.

Date: October 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President